**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

September 18, 2015

Chris Wolpert  
Chief Deputy Clerk

Mr. Robert M. Doughty III  
Doughty, Alcaraz & deGraauw, P.A.  
20 First Plaza, NW, Suite 412  
Albuquerque, NM 87102

**RE:**   15-2088, Parker v. Duran, et al  
         Dist/Ag docket: 1:14-CV-00617-MV-GBW

Dear Counsel:

Appellee's brief for Dianna Duran has not been filed in this case. Unless the brief is filed within 10 days after the date of this letter, appellee may not appear at oral argument, if it is scheduled, except by permission of the court. See Fed. R. App. P. 31(c). If you do not intend to participate in this appeal, please notify the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker  
Clerk of the Court

cc:   John Warwick Boyd  
      David A. Garcia  
      Roberta M. Price  
      Patrick J. Rogers  
      Nicholas Mark Sydow  
      Scott Fuqua

EAS/kf