UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

JAMES T. PARKER,

    Plaintiffs/Appellant,

vs.

                                       10th CIRCUIT CASE NO.: 15-2088

DIANNA J. DURAN, in her official capacity as
New Mexico Secretary of State,

    Defendant/Appellee.

## NOTICE OF NON-PARTICIPATION

COMES NOW, Doughty, Alcaraz & deGraauw, P.A. (Robert M. Doughty, III) and pursuant to 10th Cir. R. 46.1 hereby gives Notice of Non-Participation on behalf of Defendant Dianna Duran, in her official capacity as New Mexico Secretary of State, and will not take a position regarding the Brief-in-Chief.

Defendant Dianna Duran, in her Official Capacity, requests that she continue to receive notices or service of orders issued be furnished to the undersigned.

                                       Respectfully Submitted,

                                       DOUGHTY, ALCARAZ & deGRAAUW, P.A.

                                       By:_____
                                          Robert M. Doughty, III
                                       20 First Plaza NW Suite 412
                                       Albuquerque NM  87102
                                       (505) 242-7070
                                       *Attorneys for New Mexico Secretary of State*
                                       *Dianna Duran*

I HEREBY CERTIFY that on September 21, 2015, I filed and served a true and correct copy of the foregoing on all counsel of record via filing with the CM/ECF filing system.

_____
Robert M. Doughty, III